ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendant
 New Jersey Transit Rail
 Operations, Inc.

By:  Coleen Louden (9608)
     Deputy Attorney General
     (609) 292-8565

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| DANA VAN SYCKEL, | HONORABLE DENNIS M CAVANAUGH |
| Plaintiff, | |
| v. | Civil Action<br>NO. 07-4155(DMC) |
| NEW JERSEY TRANSIT RAIL OPERATIONS, INC. | **ORDER** |
| Defendants. | **VACATING DEFAULT AND PERMITTING FILING OF ANSWER** |
| | MOTION DATE: MAY 5, 2008 |

This matter having come before the Court on a motion of Anne Milgram, Attorney General of New Jersey, by Coleen Louden, Deputy Attorney General, appearing on behalf of defendant, New Jersey Transit Rail Operations, pursuant to F.R.Civ.P. 55(c) and F.R.Civ.P. 6(b)(2) and the Court having considered the papers submitted herein, this matter being decided under F.R.Civ.P. 78 and for good cause shown; *and there being no opposition*

IT IS on this  2  day of  May , 2008;

ORDERED that the default entered as to defendant New Jersey

Transit Rail Operations on March 25, 2008, is hereby vacated; and it is further

ORDERED that the Answer filed March 25, 2008 by Defendant New Jersey Transit Rail Operations be treated as a properly filed Answer; and it is further

ORDERED that a copy of this Order be served upon all counsel within five days from receipt by movant's counsel.

THE HONORABLE DENNIS M. CAVANAGH, U.S.D.J.

**MARK FALK**
U.S. Magistrate Judge